# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HENRY J. DAWSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE LIQUOR CONTROL BOARD, STATE OF WASHINGTON, DAWN TOZER and BARBARA RAAK-LAMSON, <br><br> Defendants. | NO. 09-CV-5553 <br><br> STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Henry J. Dawson, Jr., acting by and through James P. Richmond, and the Defendants Washington State Liquor Control Board, State of Washington, Dawn Tozer and Barbara Raak-Lamson, acting by and through Robert M. McKenna, Attorney General, and John C. Dittman, Assistant Attorney General, that the above-entitled action as to Defendants Washington State Liquor Control Board, Dawn Tozer and Barbara Raak-Lamson and the State of Washington may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendants.

//

//

DATED this 11th day of January, 2010.

STIPULATION AND ORDER OF DISMISSAL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

ROBERT M. MCKENNA
Attorney General


     /s/ John D. Dittman
JOHN C. DITTMAN, WSBA #32094
Assistant Attorney General
Attorneys for Defendant State of Washington

James P. Richmond
Richmond Law Group


     /s/ James P. Richmond
JAMES P. RICHMOND, WSBA #15865
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL      2      ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**ORDER**

Pursuant to the foregoing Stipulation of the parties and good cause having been shown,

NOW THEREFORE,

IT IS HEREBY ORDERED that the plaintiffs' claim against Defendants Washington State Liquor Control Board, Dawn Tozer and Barbara Raak-Lamson and the State of Washington may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendants.

DATED THIS 12th day of January, 2010.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300